## WENDELL MINNIFIELD *v.* COMMISSIONER OF CORRECTION

The petitioner Wendell Minnifield's petition for certification for appeal from the Appellate Court, 62 Conn. App. 68 (AC 20108), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*Robert M. Spector*, deputy assistant state's attorney, in opposition.

Decided April 11, 2001

## STATE OF CONNECTICUT *v.* JOSE E. ALVARADO

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 102 (AC 18284), is denied.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*Joy K. Fausey*, deputy assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 148 (AC 19070), is denied.